711 A.2d 470

**Dennis JUBLIEE, Petitioner,**

v.

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.**

Supreme Court of Pennsylvania.

June 5, 1998.

Reconsideration Denied July 23, 1998.

## ORDER

AND NOW, this 5th day of June, 1998, the Petition for Allowance of Appeal in this case is held pending this Court's decision in *Rogers v. Pennsylvania Board of Probation and Parole,* J–111 ABC–1997 (submitted May 30, 1997).